No. 82–738. MIGRA v. WARREN CITY SCHOOL DISTRICT BOARD OF EDUCATION ET AL. C. A. 6th Cir. Certiorari granted.

No. 82–766. SECRETARY OF STATE OF MARYLAND v. JOSEPH H. MUNSON CO., INC. Ct. App. Md. Certiorari granted.

No. 82–599. COMMISSIONER OF INTERNAL REVENUE v. ENGLE ET UX. C. A. 7th Cir.; and

No. 82–774. FARMAR ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: No. 82–599, 677 F. 2d 594; No. 82–774, 231 Ct. Cl. 642, 689 F. 2d 1017.

No. 81–839. SKLAR ET AL. v. SHORES, EXECUTOR. C. A. 5th Cir. Certiorari denied.

No. 82–175. SWAREK v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 82–220. ARMSTRONG v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 82–252. DEBENEDICTIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–261. FRIEL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 82–317. KNIGHT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 82–332. FUJIMOTO ET AL. v. CITY OF HAPPY VALLEY ET AL. C. A. 9th Cir. Certiorari denied.